# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONICS FOR IMAGING, INC., <br> Plaintiff, <br> v. <br> RAH COLOR TECHNOLOGIES LLC, <br> Defendant. | Case No. 18-cv-01612-WHO <br><br> **ORDER TRANSFERRING THE CASE** |

Pursuant to this Court's October 24, 2018 Order, and considering the parties' positions, this case is TRANSFERRED to the Eastern District of Virginia. The Clerk shall transfer the case.

**IT IS SO ORDERED.**

Dated: November 14, 2018



William H. Orrick
United States District Judge